# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Shanlee Speeter, | Civil No. 05-1157 (RHK/JSM ) |
| Plaintiff, | **ORDER** |
| v. | |
| Teva Neuroscience, Inc., | |
| Defendant. | |

Based upon the Stipulation to Dismiss with Prejudice Plaintiff's Complaint filed by the parties with the Court, the undersigned hereby adopts the Stipulation and hereby dismisses Plaintiff's Complaint with Prejudice**.**

Dated: June 13, 2006

                 s/Richard H. Kyle
                 RICHARD H. KYLE
                 United States District Judge